IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SYLVIA HOLLANDSWORTH, ) | |
| ) | Case No. 4:05cv00034 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| B&G BUILDERS POOLS & SPAS, et al., ) | |
| ) | By: Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

On August 29, 2005, Plaintiff Sylvia Hollandsworth filed a Notice of Voluntary Dismissal [14] pursuant to Federal R. Civ. P. 41(a)(1). Accordingly, the plaintiff's action against the Defendants is **DISMISSED** without prejudice.

The Clerk is hereby instructed to strike this matter and any outstanding motions from the Court's docket. The Clerk is further directed to send a copy of this Order to all counsel of record.

Entered this 2nd day of September, 2005.

        s/Jackson L. Kiser
        Senior United States District Judge